NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

```
              FILED
       CLERK, U.S. DISTRICT COURT

          August 11, 2016

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      VPC       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EDWARDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>A. ARUTYUNYAN,<br><br>　　　　　Defendant. | Case No. 2:15-cv-05564-SJO-FFM<br><br>**JUDGMENT FOR DEFENDANT ARUTYUNYAN**<br><br>Judge:　Hon. S. James Otero |

This action came before the Honorable S. James Otero, United States District Judge presiding, on Defendant Arutyunyan's motion for Summary Judgment, which was determined to be suitable for decision on the parties' papers without a hearing. The evidence having been fully considered, the issues having been duly heard and a decision having been duly rendered;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Arem Arutyunyan be dismissed from this lawsuit with prejudice, and that Defendant Arutyunyan recover his costs.

Dated: August 11, 2016　　　　　_____
　　　　　　　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　　　　　　　United States District Court Judge