1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **ANTHONY EDWARDS,** | Case No. 2:15-cv-5564-SJO (FFMx) |
|---|---|
| Plaintiff, | **[PROPOSED] PROTECTIVE ORDER** |
| v. | |
| **A. ARUTYUNYAN,** | |
| Defendant. | |

    Based on the stipulation of the parties filed concurrently herewith, and for good cause shown, the Court makes the following orders:

    1.    Plaintiff's counsel shall maintain the confidentiality of the disclosed portions of Plaintiff's Confidential Inmate Central File ("C-File") produced as an initial disclosure by Defendant for "Attorney's Eyes Only." Specifically, Plaintiff's counsel shall take all reasonable steps to safeguard the disclosed portions of Plaintiff's Confidential C-File, and shall not disclose or disseminate the documents or their content except as provided herein. Plaintiff's counsel will not disseminate or disclose the contents of the Confidential C-File to Plaintiff Anthony Edwards or to third-parties, including experts and trial consultants, without first obtaining the

1

1 consent of Defendant's counsel or an order from this Court authorizing such
2 disclosure.
3     2. Plaintiff's counsel shall not use the disclosed portions of Plaintiff's
4 Confidential C-File for any reason other than prosecution of the claims in this case.
5     3. Plaintiff's counsel shall return the disclosed portions of Plaintiff's
6 Confidential C-File, and any and all copies of documents, to Defendant's counsel
7 within thirty (30) days of the conclusion of the proceedings against Defendant
8 Valenzuela, including any appeal.
9     4. This Protective Order, and the obligations of all persons hereunder,
10 including those related to disclosure and use of the disclosed portions of Plaintiff's
11 Confidential C-File, shall survive the final termination of this case, whether such
12 termination is by settlement, judgment, dismissal, appeal, or otherwise, until further
13 order of this Court.

15     IT IS SO ORDERED.

16 Dated: October 18, 2016                     /S/ Frederick F. Mumm
17                                                        The Hon. Frederick F. Mumm

18 LA2015602574
19 62138369.doc